AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Bryan Cook<br><br>*Defendant(s)* | )<br>)<br>) Case No.  1:22 MJ 4365<br>)<br>)<br>)<br>) |

**FILED**
2:08 pm Dec 12 2022
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 10, 2022  in the county of  Cuyahoga  in the Northern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21, U.S.C., Sections 841(a)(1)&(b)(1)(C) | Distribution of a Controlled Substance |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Austin Holmes, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:  12-12-2022

*Judge's signature*

City and state:  Cleveland, Ohio    Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*